McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM R. DEUCHAR,<br><br>Defendant. | CASE NO. 1:20-po-00006-SAB<br><br>UNITED STATES' MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States now moves to dismiss citations 9072804, 9072805, and 9072807 issued to William R. Deuchar, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States is currently conducting additional investigation of this matter and anticipates making further charging decisions within approximately 60 days.

Dated: January 5, 2020            McGREGOR W. SCOTT
                                  United States Attorney

                            By:   /s/ Michael G. Tierney
                                  MICHAEL G. TIERNEY
                                  Assistant U.S. Attorney

1

Order

The Court hereby orders that citation number 9072804, 9072805, and 9072807, issued to William R. Deuchar are DISMISSED WITHOUT PREJUDICE

IT IS SO ORDERED.

Dated: **January 6, 2020**

_____
UNITED STATES MAGISTRATE JUDGE